

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00743-CR

Sylvia **COVARRUBIAS-MONTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 20-11-08163-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

The reporter's record was due November 10, 2022. On that day, the reporter filed a notice of late record requesting a forty-five day extension of time to file the record. We **grant in part** the motion and **order** Patricia Salinas to file the reporter's record by **December 12, 2022**. *See* TEX. R. APP. P. 35.3(c) (stating court of appeals must not grant extension exceeding thirty days in ordinary appeal).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court